UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KAREN K. WALKER,**

    **Plaintiff,**

v.   Case No. 5:24-cv-131-TKW/MJF

**SGT. BARNES, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 36). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice for failure to comply with court orders and failure to prosecute. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** based on Plaintiff's failure to comply with court orders and failure to prosecute.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 21st day of November, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**